KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.
1814 Franklin Street, Suite 700
Oakland, California 94612
Phone: (510) 465-0016
Fax: (510) 465-0017
kat@siegfriedlegal.com

BRIAN J. STRETCH (CABN 163973)
United States Attorney
DEBORAH LEE STACHEL (CSBN 230138)
Regional Chief Counsel, Region IX
Social Security Administration
BEATRICE NA (CABN 303390)
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: 415-977-8967
Facsimile: 415-744-0134

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ELENA INIGUEZ, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner Of Social Security, <br><br> Defendant. | CIVIL NO. 3:17-CV-93-KAW <br><br> **JOINT STIPULATION AND ~~PROPOSED~~ ORDER FOR A THIRTY DAY EXTENSION TIME FOR PLAINTIFF TO FILE HER MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED, by and between Plaintiff Elsie Elena Iniguez (Plaintiff) and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days to file Plaintiff's Motion For Summary Judgment. The current due date is August 21, 2017. The new due date will be September 20, 2017. This is the first extension of time requested by Plaintiff. Plaintiff now must request this extension

STIPULATION 1 (3:17-CV-93-KAW)

because Plaintiff's counsel is a solo practitioner, did not represent Plaintiff at the administrative hearing and as there are over 1600 pages in the administrative record needs additional time to prepare the Motion for Summary Judgment. Additionally, Plaintiff's counsel will be out of the office on a previously planned trip from August 9, 2017 until August 15, 2017. She also has two additional federal court briefs due by August 21, 2017.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly, with September 20, 2017 set for Plaintiff's Motion for Summary Judgment, October 20, 2017 for Defendant's Cross Motion/Motion for Summary Judgment and November 3, 2017 for Plaintiff's Reply.

Date: August 8, 2017  KATHERINE SIEGFRIED
Law Office of Katherine Siegfried, Esq.

By: /s/ *Katherine Siegfried*\*
Katherine Siegfried
Attorney for the Plaintiff

Date: August 8, 2017  BRIAN STRETCH
United States Attorney

By: /s/*Beatrice Na*
Beatrice Na
Special Assistant United States Attorney
Attorney for Defendant
(As authorized per email)

**\* I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.**

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 8/11/17

_Kandis Westmore_
HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE