1  BRIAN J. STRETCH, CSBN 163973
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT, SBN OH 0084088
   Special Assistant United States Attorney
4       Social Security Administration
        160 Spear Street, Suite 800
5       San Francisco, CA 94105
        Telephone: (415) 977-8995
6       Facsimile: (415) 977-8873
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ELENA INIGUEZ, | No. 4:17-cv-00093-KAW |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR A SIXTY-DAY EXTENSION OF TIME FOR DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between Elsie Elena Iniguez (Plaintiff) and Nancy |
| 2 | A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their |
| 3 | respective counsel of record, that Defendant shall have an extension of time of sixty (60) days to |
| 4 | deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary |
| 5 | Judgment.  The current due date is December 4, 2017.  The new due date will be February 2, |
| 6 | 2018.  The parties further stipulate that all other dates will be extended accordingly.  Defendant |
| 7 | requests this extension because the attorney responsible for briefing this case will need to review |
| 8 | and learn the more than 1,600 page record, but also has responsibility for handling an arbitration |
| 9 | this month and litigation before the Equal Employment Opportunity Commission this month and |
| 10 | next month.  The attorney assigned to brief this case also has pre-scheduled leave for the |
| 11 | upcoming holidays, as does the attorney who will be responsible for reviewing the brief.  For all |
| 12 | these reasons, Defendant requires an additional 60 days to prepare and file her Motion for |
| 13 | Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.  This request |
| 14 | is made in good faith with no intention to unduly delay the proceedings. |

Respectfully submitted,

Date: November 15, 2017      *s/ Katherine Siegfried*
KATHERINE SIEGFRIED
Attorney for Plaintiff
(by email authorization)

BRIAN J. STRETCH
United States Attorney

DATE: November 15, 2017    By    *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

1 <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/17/17   _____
THE HONORABLE KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE